## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

RAMON CURRY  
REG. #18097-076                                                                                          PETITIONER

VS.                                    2:08CV00143 WRW/JTR

T.C. OUTLAW,  
Warden, FCI Forrest City                                                                          RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #2) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 12th day of August, 2009.

/s/Wm. R. Wilson, Jr.  
UNITED STATES DISTRICT JUDGE